Form 210A (12/09)

# United States Bankruptcy Court

EASTERN DISTRICT OF VIRGINIA

In Re:  
MELVIN LAJUAN RICH

SHENITA FAUNTLEROY RICH

Case No.  1334339

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE, or deemed filed under 11 U.S.C. § 1111 (a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

PRA Receivables Management, LLC., as agent of  
Portfolio Recovery Associates, LLC  
-------------------------------------------  
Name of Transferee

Santander Consumer USA  
-------------------------------------------  
Name of Transferor

Name and Address where notices to transferee should be sent:  
Portfolio Recovery Associates, LLC  
POB 41067  
Norfolk, VA 23541

Court Claim # (if known): 4  
Amount of Claim: $24,059.05  
Date Claim Filed: 08/23/2013

Phone: (877)829-8298  
Last Four Digits of Acct # :  1000

Phone:  
Last Four Digits of Acct #: 1000

Name and Address where transferee payments Should be sent (if different from above)  
Portfolio Recovery Associates, LLC  
POB 12914  
Norfolk, VA 23541

Seller Information  
SANTANDER CONSUMER USA INC.  
1601 Elm Street Suite 800  
Dallas TX 75201

Phone: (877)829-8298  
Last Four Digits of Acct # : 1000

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Valerie Smith                                                                 Date: 8/25/2014  
    -------------------------------------------  
    Transferee/Transferee's Agent  
Email: Bankruptcy_Info@portfoliorecovery.com

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

EXHIBIT "B"
BILL OF SALE AND ASSIGNMENT

Santander Consumer USA Inc. ("Seller"), for value received and pursuant to the terms and conditions of the Financial Assets Sale Agreement, Closing Date of August 6th July 31st, 2014 between Seller and **Portfolio Recovery Associates, LLC** ( "Buyer"), its successors and assigns ("Financial Assets Sale Agreement"), hereby assigns:

(a) all rights, title and interest of Seller in and to those certain receivables, judgments or evidences of debt described in the Financial Assets Sale Agreement and Financial Asset Schedule (attached hereto as Exhibit "A") attached hereto and made part hereof for all purposes, and

(b) all principal, interest or other proceeds of any kind with respect to the Financial Assets described on the Financial Asset Schedule, but excluding any payments or other consideration received by Seller on or prior to [insert].

Pursuant to the foregoing assignment, the Seller stipulate that Buyer may be substituted for Seller as the valid owner of the Accounts and hereby waives any notice or hearing requirements imposed by Bankruptcy Rule 3001 (e) (2) or otherwise.

**SANTANDER CONSUMER USA INC**

By: _____

Name: _____Jason Grubb_____

Title: _____COO_____

STATE OF TEXAS    )
                  )
COUNTY OF DALLAS  )

Sworn before me this __6__ day of __August__, the year of our Lord, __2014__.

(Notary Stamp & Signature)

LISA MARIE GORDON
Notary Public, State of Texas
My Commission Expires
November 07, 2017

My commission expires: __11/07/2017__